## CIVIL MINUTES

**Magistrate Judge James Larson**  FTR 10:30-10:42
Date: **April 9, 2008**  (12 mins)

Case No: **C 08-0018 JL**

Case Name: **Juan Vado, et al  v. America Servicing Co., et al**

Plaintiff  Attorney(s): Rene Diaz, in pro per
Defendant Attorney(s):Not present
Deputy Clerk:  **Wings Hom**

**PROCEEDINGS:**                                                              **RULING:**
1.
2.
3.
4.
[X] Case Management Conference  - held[ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING:** Case to be reassigned to a District Court Judge, with recommendation for dismissal.
**Case continued to:**
**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:  at , set for  days.
         [ ] Jury  [ ]  Court

Notes: Plaintiff could not decide on consent to Magistrate Judge.

cc: Venice, Kathleen, Front Desk