United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUAN J. VADO,

    Plaintiff,

    v.

AMERICA SERVICING CO.,

    Defendant.

_____/

No. C 08-0018 PJH

**ORDER TO SHOW CAUSE**

On January 2, 2008, plaintiff filed the original complaint in this action, entitled "Petition for Libel of Review of an Administrative Judgment." More than four months later, however, plaintiff has yet to file proof of service with the court demonstrating the requisite service of the complaint and summons upon defendants. Pursuant to the federal rules of civil procedure, plaintiff was required to complete service of the summons and complaint "within 120 days after the filing of the complaint," or else risk dismissal of his action. See Fed. R. Civ. Proc. 4(l, m).

Having thus far failed to demonstrate proper service of the summons and complaint upon defendant, the court hereby orders plaintiff to show cause, via letter brief to this court within **ten days** of the date of this order, why his complaint should not be dismissed for failure to effect service of process. Plaintiff is further advised that if he fails to respond to this court's order, his complaint will be dismissed with no further hearing or briefing.

**IT IS SO ORDERED.**

Dated: May 9, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge