UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JUAN J. VADO et al,

          Plaintiff,

v.

AMERICA SERVICING CO. et al,

          Defendant.

Case Number: CV08-00018 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 12, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Juan Jose Vado
339 Victoria Street
San Francisco, CA 00000

Rene Fabricio Diaz
339 Victoria Street
San Francisco, CA 00000

Dated: May 12, 2008

                                      Richard W. Wieking, Clerk
                                      By: Frank Justiliano, Deputy Clerk