UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUAN J. VADO,

        Plaintiff,                            No. C 08-0018 PJH

    v.                                 **ORDER OF DISMISSAL**

AMERICA SERVICING CO.,

        Defendant.

_____/

On May 9, 2008, the court issued an order to show cause why plaintiff's claims should not be dismissed for failure to effect service of process pursuant to Federal Rule of Civil Procedure 4, plaintiff having failed to file the requisite proof of service with the court regarding service of the summons and complaint. Plaintiff was instructed to file any opposition to the order to show cause no later than May 19, 2008, or risk dismissal of his complaint. That deadline having passed, plaintiff still has yet to file any opposition or response.

When circumstances make such action appropriate, a district court may dismiss an action for failure to timely effect service of process. See Fed. R. Civ. P. 4. Here, plaintiff's failure to file a proof of service demonstrating timely service, and his further failure to file any response to the court's May 9 order establishing good cause for an extension of time for service, constitute circumstances warranting the court's dismissal of plaintiff's complaint pursuant to Rule 4(m). See Efaw v. Williams, 473 F.3d 1038, 1040-41 (9th Cir. 2007). Moreover, in view of plaintiff's wholesale failure to respond, the court concludes that any prejudice to plaintiff as a result of dismissal, is outweighed by the prejudice that the named but unserved defendants will suffer if the action is allowed to continue.

1     Accordingly, the complaint is DISMISSED. The dismissal is without prejudice.

2 **IT IS SO ORDERED.**

3 Dated: May 21, 2008

4 _____
PHYLLIS J. HAMILTON
United States District Judge