1

2

3

4                             UNITED STATES DISTRICT COURT

5                            NORTHERN DISTRICT OF CALIFORNIA

6

7    JUAN J. VADO,

8              Plaintiff,                              No. C 08-0018 PJH

9         v.                                          **JUDGMENT**

10   AMERICA SERVICING CO.,

11             Defendant.

12   _____/

13        The court having dismissed plaintiff's complaint pursuant to Fed. R. Civ. P. 4, for

14   plaintiff's failure to serve it on defendant,

15        it is Ordered and Adjudged

16        that the complaint is dismissed without prejudice.

17        IT IS SO ORDERED.

18   Dated: May 21, 2008

19                                                   _____

20                                                   PHYLLIS J. HAMILTON
                                                     United States District Judge
21

22

23

24

25

26

27

28